AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
FEB 2 5 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

FID# 552463

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:15-cr-00023 |
| DAVID FLOWERS | ) | Assigned To : Howell, Beryl A. |
| | ) | Assign. Date : 2/24/2015 |
| | ) | Description: INDICTMENT (B) |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   **DAVID FLOWERS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(Attempted Interference with Interstate Commerce by Robbery); 18 U.S.C. § 924(c)(1)(A) (Using, Carrying, and Possessing a Firearm During a Crime of Violence); 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) and FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c)

Date: 02/24/2015

_Issuing officer's signature_

City and state:   WASHINGTON, D.C.

ALAN KAY, Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 2/25/15, and the person was received on (date) 2/25/15
at (city and state) Washington, D.C.

Date: 2/25/15

SA Jeffrey Johannes by /s/ ___ DUSM
_Arresting officer's signature_

SA Jeffrey Johannes by Jeffrey Berardin DUSM
_Printed name and title_