**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 15-CR-023 (BAH)** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| **DAVID FLOWERS,** | : | **22 D.C.C. § 2801 and § 4502** |
| | : | **(Armed Robbery)** |
| Defendant. | : | **22 D.C.C. § 4504(b)** |
| | : | **(Possession of a Firearm During a Crime** |
| | : | **of Violence or Dangerous Offense)** |
| | : | **18 U.S.C. § 1951** |
| | : | **(Interference with Interstate** |
| | : | **Commerce by Robbery)** |
| | : | **18 U.S.C. § 1951** |
| | : | **(Attempted Interference with Interstate** |
| | : | **Commerce by Robbery)** |
| | : | **22 D.C.C. § 2801, § 2802, and § 4502** |
| | : | **(Attempt to Commit Robbery While** |
| | : | **Armed)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 981 (a)(1)(C);** |
| | : | **28 U.S.C. § 2461(c); and** |
| | : | **21 U.S.C. § 853(p)** |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 7, 2014, within the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of

employees of Ashley Stewart Clothing Store located at 2847 Alabama Avenue, S.E., Washington, D.C., property of value belonging to Ashley Stewart Clothing Store, consisting of U.S. currency.

>(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

## COUNT TWO

On or about February 7, 2014, within the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of armed robbery as set forth in Count One of this indictment.

>(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT THREE

On or about September 12, 2014, in the District of Columbia, **DAVID FLOWERS**, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **DAVID FLOWERS** did unlawfully take and obtain personal property consisting of U.S. currency belonging to Payless Shoe Store, from the presence of employees located at 2855 Alabama Avenue, S.E., Washington, D.C., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Payless Shoe Store, a business that was engaged in and that affects interstate commerce.

>(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT FOUR

On or about September 12, 2014, within the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of employees of Payless Shoe Store, located at 2855 Alabama Avenue, S.E., Washington, D.C., property of value belonging to Payless Shoe Store, consisting of U.S. currency.

>(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

## COUNT FIVE

On or about September 12, 2014, within the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of armed robbery as set forth in Count Four of this indictment.

>(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT SIX

On or about October 13, 2014, in the District of Columbia, **DAVID FLOWERS**, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **DAVID FLOWERS** did unlawfully take and obtain personal property consisting of U.S. currency belonging to Murry's Food, from the presence of employees located at 3932 Minnesota Avenue, N.E., Washington, D.C., against their will by means of actual and threatened

force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Murry's Food, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT SEVEN

On or about October 13, 2014, in the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of employees at Murry's Food located at 3932 Minnesota Avenue, N.E., Washington, D.C., property belonging to Murry's Food, consisting of U.S. currency.

(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

## COUNT EIGHT

On or about October 13, 2014, in the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of armed robbery as set forth in Count Seven of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT NINE

On or about November 15, 2014, in the District of Columbia, **DAVID FLOWERS**, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **DAVID FLOWERS** did unlawfully take and obtain personal property consisting of U.S.

currency belonging to Murry's Food, from the presence of employees located at 4025 South Capitol Street, S.W., Washington, D.C., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Murry's Food, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TEN

On or about November 15, 2014, in the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of employees at Murry's Food located at 4025 South Capitol Street, S.W., Washington, D.C., property belonging to Murry's Food, consisting of U.S. currency.

(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

## COUNT ELEVEN

On or about November 15, 2014, in the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of armed robbery as set forth in Count Ten of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT TWELVE

On or about December 10, 2014, in the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of

employees at Rainbow Clothing located at 2853 Alabama Avenue S.E., Washington, D.C., property belonging to Rainbow Clothing Store, consisting of U.S. currency.

(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

## COUNT THIRTEEN

On or about December 10, 2014, within the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of armed robbery as set forth in Count Twelve of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT FOURTEEN

On or about December 22, 2014, in the District of Columbia, **DAVID FLOWERS**, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **DAVID FLOWERS** did unlawfully take and obtain personal property consisting of U.S. currency belonging to Radio Shack, from the presence of employees located at 2837 Alabama Avenue, S.E., Washington, D.C., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Radio Shack, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

### COUNT FIFTEEN

On or about December 22, 2014, in the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of employees at Radio Shack located at 2837 Alabama Avenue S.E., Washington, D.C., property belonging to Radio Shack, consisting of U.S. currency.

>(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

### COUNT SIXTEEN

On or about December 22, 2014, within the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of armed robbery as set forth in Count Fifteen of this indictment.

>(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

### COUNT SEVENTEEN

On or about January 18, 2015, in the District of Columbia, **DAVID FLOWERS**, did unlawfully attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **DAVID FLOWERS** did unlawfully attempt to take and obtain personal property consisting of U.S. currency belonging to CVS Pharmacy, from the presence of employees located at 3240 Pennsylvania Avenue, S.E., Washington, D.C., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons,

while the employees were engaged in commercial activities as employees of CVS Pharmacy, a business that was engaged in and that affects interstate commerce.

> (**Attempted Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT EIGHTEEN

On or about January 18, 2015, in the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, did attempt, by force and violence, against resistance and by putting in fear, to steal and take U.S. currency from the person and from the immediate actual possession of employees at CVS located at 3240 Pennsylvania Avenue S.E., Washington, D.C.

> (**Attempt to Commit Robbery While Armed**, in violation of Title 22, District of Columbia Code, Sections 2801, 2802, and 4502 (2001 ed.))

## COUNT NINETEEN

On or about January 18, 2015, within the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of attempted armed robbery as set forth in Count Eighteen of this indictment.

> (**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT TWENTY

On or about February 6, 2015, in the District of Columbia, **DAVID FLOWERS**, did unlawfully attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **DAVID FLOWERS** did unlawfully attempt to take and obtain personal property consisting of U.S. currency belonging to Popeye's Restaurant, from the presence of employees

located at 2721 Naylor Road, S.E., Washington, D.C., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Popeye's Restaurant, a business that was engaged in and that affects interstate commerce.

(**Attempted Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWENTY-ONE

On or about February 6, 2015, in the District of Columbia, **DAVID FLOWERS**, while armed with a firearm, or imitation thereof, did attempt, by force and violence, against resistance and by putting in fear, to steal and take U.S. currency from the person and from the immediate actual possession of employees at Popeye's Restaurant located at 2721 Naylor Road, S.E., Washington, D.C.

(**Attempt to Commit Robbery While Armed**, in violation of Title 22, District of Columbia Code, Sections 2801, 2802, and 4502 (2001 ed.))

## COUNT TWENTY-TWO

On or about February 6, 2015, within the District of Columbia, **DAVID FLOWERS** did possess a firearm, or imitation thereof, while committing the crime of attempted armed robbery as set forth in Count Twenty-One of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

1.  Upon conviction of any of the offenses alleged in Counts Three, Six, Nine, Fourteen, Seventeen, and/or Twenty, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

A TRUE BILL:


FOREPERSON


Attorney of the United States in
and for the District of Columbia