United States
of America
   vs.
David Flowers

Motion to file GRANTED
/s/ Beryl A. Howell   Case 1:15-cr-00023 BAH
Beryl A. Howell   Date 4/14/2016
Chief Judge
United States District Court

**FILED**
APR 14 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case 1:15-cr-00023 BAH

Motion to Dismiss Indictment

   Come now the defendant David Flowers Pro Se respectfully to Honorable Judge Beryl A. Howell, Request that my Indictment be dismiss on grounds that, The proceeding where violated under Rule 6 (g) Discharging the Grand Jury, A Grand Jury serves 18 months, an extension may be granted for no more than 6 months, Chapter 7, Grand Jury Issues, Absence of live witnesses (7.4), Having decided to dismiss the first Indictment and return for another Indictment before a New Grand Jury the government was bound to follow the rules and not to attempt a loose, shortcut procedure fraught with deficiencies of Constitutional Dimesion, Rule 6 (c), Foreperson and Deputy Foreperson, The foreperson may administer oaths and affirmations and will sign All Indictments.
   The Defendant was Indicted in Case 1:15-CR-00023 BAH (Filed 04/30/15) By the Grand Jury Sworn in on Nov. 1, 2013

1

That Indictment was dismiss, exceeding the 18 months and 6 months extension, term the Grand Jury serve, The defendant was re-Indicted Case 1:15-CR-00023 BAH (Filed 03/29/16) In front of a New Grand Jury Sworn in on May 5, 2015, violating Rule 6(g), What was given to the New Grand Jury, and How was the 18 month, and 6 month extension pass. Both the Defendant Indictments has no signatures from the Attorney of the United States, A True Bill or a Foreperson. violating Rule 6(c),

Wherefore the Defendant David Flowers respectfully request this Honorable Court to dismiss all charges and Indictment.

Respectfully Submitted

*David Flowers*
David Flowers
4-14-16

2