CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 15-23 (BAH)
)
DAVID FLOWERS )
)
)

**FILED**

**APR 1 4 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____    Date: 4/14/2016
United States District Judge