UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 15-CR-0023 (BAH) |
| v. | : | |
| DAVID FLOWERS, | : | |
| Defendant. | : | |

## FINAL CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant and his counsel, Matthew J. Peed, Esquire, in which defendant agreed to plead guilty to Counts Six, Nine, Seventeen, and Twenty in the Superseding Indictment, each of which charges the offense of Interference and Attempted Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Section 1951 and defendant has pled guilty to those offenses;

*WHEREAS*, the Superseding Indictment alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses alleged in Counts Six, Nine, Seventeen, and Twenty, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

*WHEREAS*, the Superseding Indictment further alleged that the United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses alleged in Counts Six, Nine, Seventeen, and Twenty of the Superseding Indictment, which property is

1

subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

*WHEREAS*, in his plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in an amount to be determined at sentencing;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses alleged in Counts Six, Nine, Seventeen, and Twenty of the Superseding Indictment is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and that a personal money judgment against the defendant is appropriate, as set forth below;

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing, that entry of a forfeiture money judgment against defendant and in favor of the United States in the amount of $900.00 is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses alleged in Counts Six, Nine, Seventeen, and Twenty of the Superseding Indictment.

2. A forfeiture money judgment in the amount of $900.00 is entered against the defendant and in favor of the United States.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2016.

 

BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

CHANNING D. PHILLIPS
United States Attorney

By: _____
STEPHEN J. GRIPKEY
D.C. Bar No. 445410
MICHAEL J. MARANDO
N.Y. Bar No. 4250395
Assistant United States Attorneys
555 4th Street, NW
Washington, DC 20530
(202) 252-7237 (Gripkey)
Stephen.Gripkey@usdoj.gov
(202) 252-7068 (Marando)
Michael.Marando@usdoj.gov

_____        _____
David Flowers                         Matthew J. Peed, Esquire
Defendant                             Counsel for Defendant